IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. JUSTICE, II, | : |
| | : Case No. 2:21-cv-01671-CMR |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CUBIC CORPORATION, BRADLEY H. FELDMANN, DAVID F. MELCHER, PRITH BANERJEE, BRUCE G. BLAKLEY, DENISE L. DEVINE, MAUREEN BREAKIRON-EVANS, CAROLYN FLOWERS, JANICE M. HAMBY, and STEVEN J. NORRIS, | : |
| Defendants. | : |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 12, 2021

GRABAR LAW OFFICE

By: /s/ Joshua H. Grabar
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*